# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D2024-0242

———————————————

OLANDIS DEAN HOBBS o/b/o
Olandis Dean Hobbs Estate,

    Petitioner,

    v.

HOBBS SOUTH HOLDINGS LLC,

    Respondent.

———————————————

Petition for Writ of Mandamus—Original Jurisdiction.


July 31, 2024


PER CURIAM.

    DISMISSED. *Granville v. State*, 382 So. 3d 792, 793 (Fla. 1st DCA 2024).

BILBREY, M.K. THOMAS, and TANENBAUM, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Olandis Dean Hobbs, pro se, Petitioner.

No appearance for Respondent.